COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS,

v.

Margaret HOPPE et al.

Court of Appeals of Kentucky.

Feb. 12, 1960.

Jo M. Ferguson, Atty. Gen., Astor Hogg, Chief Asst. Atty. Gen., Hafford E. Hay, Asst. Atty. Gen., for appellant.

Henry Pennington, Pierce Lively, James F. Clay, Danville, for appellee.

MILLIKEN, Judge.

On October 14, 1958, this appeal was submitted on the Court's own motion pursuant to R.C.A. 1.260, there being no brief filed by the appellees probably because of our opinion in Commonwealth v. McCoun, Ky., 313 S.W.2d 585, which was rendered after this case was tried. Such being the situation, the statements in the appellant's brief are accepted as true, and the judgment is reversed on the authority of the aforementioned case.